# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:09-CV-183-RJC-DCK

| | |
|---|---|
| CHAMPBOAT SERIES, LLC, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| IN2FOCUS FILMS, INC. And JAY KRISS; | ) |
| Defendants. | ) |

This matter is before the Court on the "Application For Admission To Practice Pro Hac Vice" (Document No. 2) filed May 4, 2009 for admission of Linda Marie Quigley as counsel *pro hac vice* on behalf of Defendants In2Focus Films, Inc. and Jay Kriss.

Upon review and consideration of the Motion, the Court will grant the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Ms. Quigley shall be admitted to appear before this court *pro hac vice* on behalf of Defendants In2Focus Films, Inc. and Jay Kriss. It appears that Ms. Quigley has associated Bambi F. Walters of Bambi Walters, PC.

Signed: May 5, 2009

David C. Keesler
United States Magistrate Judge