# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| CHAMPBOAT SERIES, LLC, a North Carolina limited liability company, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| IN2FOCUS FILMS, INC., a North Carolina corporation, and JAY KRISS, personally, | ) ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| SPEEDWAY GROUP, INC., AMSOIL, INC., MICHAEL T. SCHRIEFER, Individually and in his Capacity as President/Sole Shareholder of SPEEDWAY GROUP, INC. and in his capacity as sole member of ChampBoat Series, LLC, YOUTUBE, INC., SINGHA INTERNATIONAL, INC., SEEBOLD RACING, INC., SEEBOLDSPORTS, INC., and TIMOTHY SEEBOLD, Individually and in his Capacity as President of SEEBOLD RACING, INC., and SEEBOLD SPORTS, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Third-Party Defendants. | ) |

Case No. 3:09-CV-183-RJC-DCK

## **ORDER**

**THIS CAUSE** having come before the Court on motion of local counsel Rodrick J. Enns for Third-Party Defendant Amsoil Inc. for admission *pro hac vice* of William D. Schultz and it appearing to the Court under Local Rule 83.1(B) that Mr. Schultz should be admitted *pro hac vice* as representing Third-Party Defendant Amsoil Inc.,

1

**IT IS THEREFORE ORDERED** that the motion is granted and that William D. Schultz is admitted to practice before this Court *pro hac vice*.

Signed: July 28, 2009

David C. Keesler
United States Magistrate Judge