**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:09-CV-183-RJC-DCK**

| | |
|---|---|
| CHAMPBOAT SERIES, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>IN2FOCUS FILMS, INC., and )<br>JAY KRISS, )<br>)<br>Defendants, )<br>)<br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the withdrawal of William P. Bray, Esq. ("Bray") as counsel for Speedway Group, Inc., Michael T. Schriefer, and Champboat Series LLC. By Order of November 16, 2009 (Document No. 71), the undersigned permitted Bray to withdraw and gave Plaintiff three weeks to obtain new counsel. That Order noted that the claims against two of Bray's clients (Third-Party Defendants Speedway Group, Inc. and Michael T. Schriefer) were terminated as of September 30, 2009. As the docket reflects that these parties have been re-aligned as "counter-Defendants," they are still active in this case, and accordingly, will also be given time to obtain counsel of record.

**IT IS, THEREFORE, ORDERED** that:

1) Counter-Defendants Speedway Group, Inc. and Michael T. Schriefer shall have until December 11, 2009 to obtain new counsel and have new counsel file a notice with the Court as their attorney of record; and

2) Mr. Bray is directed to communicate via certified letter this Order to ChampBoat Series, LLC, Speedway Group, Inc., and Michael T. Schriefer, and to electronically file that letter

with the Court; and

3) the Clerk of Court is directed to serve a copy of this Order, upon ChampBoat Series, LLC, Speedway Group, Inc., and Michael T. Schriefer at the following address:

>   17505 W. Catawba Ave., Suite 150
>   Cornelius, North Carolina 28031
>   Email: mike@champboat.com
>   Phone: (704) 987-5044

4) all future orders in this case shall be served upon ChampBoat Series, LLC, Speedway Group, Inc., and Michael T. Schriefer at the above address until new counsel enters an appearance or until further order.

**IT IS SO ORDERED**.

Signed: November 25, 2009

David C. Keesler
United States Magistrate Judge